CATALINA FERNÁNDEZ, demandante y apelante, *v.* JOSÉ REYES, demandado y apelado.

No. 3709.—*Visto:* Noviembre 5, 1925. *Resuelto:* Diciembre 10, 1925.

DESAHUCIO—DESAHUCIO EN PRECARIO—PROCEDENCIA DEL MISMO—POSESIÓN EN CONCEPTO DE DUEÑO—CONFLICTO DE DERECHOS.—Cuando la prueba sólo demuestra con certeza que el demandante posee una parte de la finca que alega estar en posesión de ella el demandado, el conflicto que se levanta debe ventilarse en un juicio ordinario y no dentro de los límites del procedimiento de desahucio.

SENTENCIA de *Pablo Berga,* J. (Humacao), declarando sin lugar demanda de desahucio, sin costas. *Confirmada.*

*Rafael Sancho Bonet,* abogado de la apelante; *Luis Mendín Sabat,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

Este es un procedimiento de desahucio. La sentencia apelada desestimó la demanda por haberse resuelto que existe un conflicto de títulos que debía dirimirse en un procedimiento ordinario.

La demandante alega, en síntesis, que es dueña de una finca rústica con una cabida de 18 cuerdas, y su ocupación en precario por el demandado. Este último negó los hechos y alegó que la demandante sólo poseía un predio de 7 cuerdas, y que él poseía de su exclusiva propiedad, una finca de 26 cuerdas que inscribió mediante una información de dominio y en la cual había sido notificada la demandante en su carácter de colindante.

La alegación de un demandado que posee en concepto de dueño se ha declarado que por sí sola no es bastante para impedir el desahucio, *Miranda* v. *Camerón et al.,* 19 D.P.R. 488, pero cuando la prueba tiende a demostrar que el demandado que posee la finca aparentemente tiene derecho a la misma, queda entonces levantada la cuestión de títulos. *Rosado et al.* v. *Delgado et al.,* 29 D.P.R. 91.

La prueba demostró que demandante y demandado tienen inscritas en el registro de la propiedad en virtud de ex-

pedientes de dominio las respectivas fincas que se describen en la demanda y contestación. Del expediente tramitado a nombre de la demandante aparece que hubo oposición a nueve cuerdas reclamadas por Ramón Fernández. Aunque la oposición fué desestimada, resulta, sin embargo, que igual número de cuerdas fueron vendidas por Fernández al demandado y forman parte de la finca de 26 cuerdas cuya información de dominio fué aprobada a favor del último. La evidencia no arroja, sin embargo, la suficiente luz para que se llegue a la conclusión de que se trataba de igual o diferente terreno. Lo único que con alguna certeza puede afirmarse es que la demandante posee una parte de la finca que alega estar en posesión el demandado. La situación no puede presentarse más compleja en esta acción por no ser realmente posible llegar a una conclusión cierta de los derechos de una y otra parte con las pruebas aportadas y cuyos derechos pueden dilucidarse propiamente en una acción ordinaria, según la constante y repetida jurisprudencia de este tribunal.

*Por todo lo expuesto, debe confirmarse la sentencia apelada.*

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.